UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. _____

JAMES HARDEN and ESTELLA HARDEN,

   Plaintiffs,

v.

BLUE FLASH EXPRESS, L.L.C.
and JAMES R. SMITH,

   Defendants.

_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

   The Defendants, BLUE FLASH EXPRESS, LLC and JAMES R. SMITH, by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 hereby makes a **limited appearance** and remove this lawsuit from the Circuit Court of the Second Judicial Circuit in and for Gadsden County, Florida, to United States District for the Northern District of Florida. The grounds from removal are as follows:

## INTRODUCTION

In this limited appearance, the basis of which is explained below in Section I, BLUE FLASH EXPRESS, LLC and JAMES R. SMITH,  remove this case invoking this Court's diversity jurisdiction under 28 U.S.C. § 1332. BLUE FLASH EXPRESS, LLC is a Louisiana corporation with its principal place of business located in Parish of East Baton Rouge, Louisiana, and is thus a citizen of Louisiana. JAMES R. SMITH resides in and is a citizen of Louisiana.  The Plaintiffs, JAMES HARDEN and ESTELLA HARDEN, are citizens of the state of Florida. Based upon the nature of the claim that has been made by JAMES HARDEN and ESTELLA HARDEN against BLUE FLASH EXPRESS, LLC and JAMES R. SMITH in the litigation, the amount in controversy requirement is met.

I.    **NOTICE OF NON-WAIVER TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

Notice is hereby given that BLUE FLASH EXPRESS, LLC and JAMES R. SMITH  make a **limited appearance** in this cause for the purpose of removing this lawsuit to the United States District Court for the Northern District of Florida without waiving its right to file a responsive pleading to the Plaintiffs' Complaint. Under the Florida Rules of Civil Procedure, JAMES HARDEN and ESTELLA HARDEN are required to serve their Complaint upon BLUE FLASH EXPRESS, LLC and JAMES R. SMITH within 120 days after filing the Complaint or by

January 9, 2012. The Defendants have not yet been served. However, Plaintiff's counsel sent a letter dated September 14, 2011 with a courtesy copy of the Complaint. This letter was received on September 27, 2011. Therefore, this case had to be removed by October 27, 2011 pursuant to 28 U.S.C. §1441. This Motion for Removal shall no way be deemed a waiver of Defendants' right to file a responsive pleading to the Complaint or a waiver of any appropriate affirmative defenses to the Complaint.

## II.   FACTUAL BACKGROUND

This case arises from a motor vehicle accident that occurred between Plaintiffs, JAMES HARDEN and ESTELLA HARDEN and JAMES R. SMITH in Gadsden County, Florida. Specifically, JAMES HARDEN and ESTELLA HARDEN's Complaint allege that they were traveling eastbound down State Road 8 (Interstate 10) when a truck owned by BLUE FLASH EXPRESS and driven by JAMES R. SMITH failed to slow down and crashed into the rear of the Plaintiffs' vehicle. In the lawsuit, JAMES HARDEN and ESTELLA HARDEN maintain that BLUE FLASH EXPRESS, LLC and JAMES R. SMITH were guilty of negligence which caused the accident and lead to the alleged injuries. JAMES HARDEN and ESTELLA HARDEN's Complaint is attached to this Notice as Exhibit "A".

### III.    GROUNDS FOR REMOVAL

This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a)(1)[1]. This action is removable under 28 U.S.C. § 1441(a)[2], in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

### IV.    DIVERSITY JURISDICTION

#### A.    Diversity Requirement

For purposes of determining whether diversity jurisdiction exists, a corporation is deemed a citizen of the state in which it is incorporated and a citizen

---

[1]     The relevant portions of 28 U.S.C. § 1332 provide:

(a)     The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—

(1)     **citizens of different States**....

28 U.S.C. § 1332 (emphasis added).

[2]     The relevant portions of 28 U.S.C. § 1441 provide:

(a)     Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant of the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.  For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

28 U.S.C. § 1441(a).

of the state in which it has its principal place of business. 28 U.S.C. § 1332(c)(1). Since BLUE FLASH EXPRESS, LLC is a Louisiana corporation with its principal place of business located in Parish of East Baton Rouge, Louisiana, BLUE FLASH EXPRESS, LLC is a citizen of the State of Louisiana. Further, JAMES R. SMITH resides in and is a citizen of Louisiana.   Finally, pursuant to the allegations contained within the Complaint, Exhibit "A", the Plaintiffs, JAMES HARDEN and ESTELLA HARDEN, are citizens of the State of Florida.

### B.      Amount in Controversy

The amount of controversy in this action exceeds the sum of $75,000. Although the Complaint in Exhibit "A", only alleges damages in excess of the State Court's minimal jurisdictional requirement ($15,000), counsel for the Plaintiffs, JAMES HARDEN and ESTELLA HARDEN, prior to instituting litigation has demanded payment of sums in excess of $75,000 as compensation for alleged injuries and damages.

### V.      PETITION FOR REMOVAL IS TIMELY

Under the Florida Rules of Civil Procedure, JAMES HARDEN and ESTELLA HARDEN are required to serve their Complaint upon BLUE FLASH EXPRESS, LLC and JAMES R. SMITH within 120 days after filing the Complaint or by January 9, 2012. The Defendants have not yet been served. However, Plaintiff's counsel sent a letter dated September 14, 2011 with a courtesy

copy of the Complaint.    This letter was received on September 27, 2011.
Therefore, this case had to be removed by October 27, 2011 pursuant to 28 U.S.C.
§1441. As a result, this Notice of Removal is timely since it is filed within thirty
(30) days by receipt of BLUE FLASH EXPRESS, LLC and JAMES R. SMITH of
the initial pleading.

## VI.    NOTICE HAS BEEN GIVEN AND STATE COURT PAPERS HAVE BEEN FILED

28 U.S.C. § 1446(a) requires that a copy of all process, pleadings, orders
and other papers or exhibits on file in the Circuit Court be attached to this Notice.
As of the filing of this Notice, the entire Circuit Court file is attached hereto which
consists of the following:

Complaint as Exhibit "A"

Summons, which has not yet been served as Exhibit "B"

Civil Cover Sheet as Exhibit "C"

In addition, Defendants, BLUE FLASH EXPRESS, LLC and JAMES R.
SMITH are, contemporaneously, filing a copy of this Notice with the Clerk of the
Second Judicial Circuit in and for Gadsden County, Florida as required by 28
U.S.C. § 1446(d), and will give written notice to all parties of this Motion for
Removal. A copy of the Notice of Filing Motion for Removal is attached hereto as
Exhibit "D".

## VII.   CONSENT OF ALL DEFENDANTS

Pursuant to 28 U.S.C. § 1446, Defendants, BLUE FLASH EXPRESS, LLC and JAMES R. SMITH are both represented by below signed Counsel and consent to removing the case to Federal Court.

## CONCLUSION

Because this civil action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

WHEREFORE, the Defendants, BLUE FLASH EXPRESS, LLC and JAMES R. SMITH, remove this matter from the Circuit Court of the Second Judicial Circuit in and for Gadsden County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division.

Respectfully submitted,

CONROY, SIMBERG, GANON,
KREVANS, ABEL, LURVEY,
MORROW & SCHEFER, P.A.
Attorney for Defendants
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303
Tel:  (850) 383-9103
Fax:  (850) 383-9109

By:    _Kristen Matthis for_
        John E. Herndon, Jr., Esquire
        FLORIDA BAR NO. 199702
        eherndon@conroysimberg.com
        and
        Kellie A. Caggiano, Esquire
        FLORIDA BAR NO. 0579041
        kcaggiano@conroysimberg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been
furnished to:  Shannon Saunders, Esq., Attorney for Plaintiffs, Post Office Box
5896, Marianna, FL 32447 by mail on this 20th day of October, 2011.

By:    _Kristen Matthis for_
        Kellie A. Caggiano, Esquire
        FLORIDA BAR NO. 0579041
        kcaggiano@conroysimberg.com

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR GADSDEN COUNTY, FLORIDA

JAMES HARDEN and ESTELLA HARDEN    )
                                   )
    Plaintiffs,               )
                                   )
vs.                                )   CASE NUMBER: 1100 1145 CAA
                                   )   JURY TRIAL REQUESTED
BLUE FLASH EXPRESS, L.L.C.          )
and JAMES R. SMITH                  )
                                   )
                                   )
    Defendants.               )

FILED FOR RECORD
CLERK CIRCUIT COURT
GADSDEN COUNTY, FL
2011 SEP -9 AM 10: 14

### COMPLAINT

**COME NOW** the Plaintiffs, by and through their undersigned attorney, and as basis for relief, states as follows:

### JURISDICTION AND VENUE

1.    This is an action for damages in excess of the jurisdictional amount of this court exclusive of costs and interest.

2.    The Plaintiffs, James Harden and Estella Harden, are individuals and resident citizens of Kinard, Florida.

3.    Upon information and belief, BLUE FLASH EXPRESS, L.L.C. is a corporation organized under the laws of the State of Louisiana with its main CORPORATE OFFICE and PLACE OF BUSINESS located at 23356 Old Scenic Highway, Zachary, Louisiana.

4.    BLUE FLASH EXPRESS, LLC transacts business throughout the State of Florida and was transacting business on the date in question set forth below in this Complaint.

5.    The events made the basis of this action occurred in Gadsden County, Florida.

### EXHIBIT A

6.    Venue is proper in the Honorable Court because Gadsden County is the county where the cause of action originated.

## FACTUAL ALLEGATIONS

7.    On or about August 13, 2010 James Harden and Estella Harden were traveling eastbound down State Road 8 (Interstate-10) in Gasden County, Florida. As they were traveling they approached an area where vehicles in front of them were stopped. James and Estella slowed down and stopped as they approached the stopped vehicles in front of them.

8.    On the same date and time a truck owned by Blue Flash Express, LLC and driven by James R. Smith was also traveling eastbound on State Road 8 (Interstate-10) behind James and Estella Harden. As James R. Smith approached the Harden's vehicle he failed to slow down his tractor-trailor semi truck and crashed into the rear of their vehicle with great force.

9.    The events made the basis of this action occurred on or about August 13, 2010, at approximately 2:57 p.m. in Gasden County, Florida, in the eastbound lane of State Road 8 (Interstate-10).

10.    At the time and place above described, James R. Smith, driver of the truck owned by Blue Flash Express, LLC, was acting in the line and scope of his employment with Defendant Blue Flash Express, LLC. Blue Flash Express, LLC is responsible for the negligent actions of its agents or employees, including but not limited to James R. Smith.

## COUNT ONE

### Negligence

11.     Plaintiffs aver that at the time and place above described, Defendant James R. Smith and Defendant, Blue Flash Express, LLC, acting by and through its employees, owed James Harden and Estella Harden the legal duty to conform to the standard of conduct raised by the law for motor vehicles. Defendant James R. Smith and Defendant, Blue Flash Express, LLC owed James Harden and Estella Harden that degree of care which is exercised by ordinary prudent persons under the same or similar circumstances.

12.     Plaintiffs aver that at the time and place described above, Defendant James R. Smith and Defendant, Blue Flash Express, LLC breached that duty of care and due regard to James Harden and Estella Harden in one or more of the following ways:

       a.     Failing to use caution when approaching a known traffic hazard that existed at or about the site of the collision;

       b.     Failing to operate its or his vehicle with due regard for the safety of James and Estella Harden;

       c.     Failing to properly maintain its equipment and truck;

       d.     Failing to properly train its employees, including but not limited to James R. Smith; and/or

       e.     Otherwise committing negligent acts that proximately resulted in serious personal injuries to James and Estella Harden.

3

13.     Plaintiffs aver that as a direct and proximate result of Defendants' negligent conduct, the Blue Flash Express, LLC truck driven by James R. Smith, collided with the vehicle driven and occupied by James Harden and Estella Harden, thereby causing serious bodily injury resulting in pain and suffering, mental anguish, disability, loss of capacity for the enjoyment of life, medical treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing in nature and Plaintiffs, James Harden and Estella Harden, will suffer the losses in the future.

**WHEREFORE,** Plaintiffs demand judgment against Defendants for compensatory damages and such other damages that are appropriate under the law and such sums as evidence may show and the jury shall find, plus costs of this action.

## COUNT TWO

### Respondeat Superior

14.     At the time and place described above, truck driver, James R. Smith, was acting within the line and scope of his employment, as the agent of, and with the expressed authority of Defendant Blue Flash Express, LLC.

15.     James R. Smith was acting within the line and scope of his employment with Blue Flash Express, LLC when he negligently operated the truck.

16.     As a direct and proximate cause of James R. Smiths' negligence, James Harden and Estella Harden suffered personal injury.

4

17.     Plaintiffs aver that any negligence, which may be attributable to truck driver, James R. Smith, is imputable to Defendant, Blue Flash Express, LLC by virtue of the doctrine of respondeat superior in as much as James R. Smith was, at the time and place above described above, acting in the furtherance and within the scope of his employment with same.

**WHEREFORE**, Plaintiffs demand judgment against Defendants for damages that are appropriate under the law and such sums as evidence may show and the jury shall find, plus costs of this action.

### COUNT THREE

### Loss of Consortium

18.     Plaintiff, James Harden is the husband of Plaintiff, Estella Harden.

19.     As a proximate result of the negligence of Defendants, Plaintiff, James Harden suffered a loss of consortium and services, comfort, society and attentions.  The losses are either permanent or continuing in nature.

20.     As a proximate result of the negligence of Defendants, Plaintiff, Estella Harden suffered a loss of consortium and services, comfort, society and attentions.  The losses are either permanent or continuing in nature.

5

   **WHEREFORE**, Plaintiffs demand judgment against Defendants for damages that are appropriate under the law and such sums as evidence may show and the jury shall find, plus costs of this action.

Dated this the 7th day of September 2011.

             B. SHANNON SAUNDERS, P.A.

             *B. Shannon Saunders*

             **B. SHANNON SAUNDERS (0178233)**
             Attorney for the Plaintiff
             4359 Lafayette Street
             Post Office Box 5896
             Marianna, Florida 32447
             (850) 526-5535

### JURY DEMAND

Plaintiff hereby demands a trial by struck jury of all issues in this action.

             *B. Shannon Saunders*

             **B. SHANNON SAUNDERS**

6

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND
FOR GADSDEN COUNTY, FLORIDA

JAMES HARDEN and ESTELLA HARDEN    )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )  CASE NUMBER: 11001145 CAA
                                   )  JURY TRIAL REQUESTED
BLUE FLASH EXPRESS, L.L.C.         )
and JAMES R. SMITH                 )
                                   )
                                   )
                                   )
        Defendants.                )


## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

        YOU ARE HEREBY COMMANDED to serve this summons and a copy of the
attached complaint.

**James R. Smith**
**11980 Hamilton Street**
**Francisville, Louisiana 70775**


        Defendant is hereby required to serve written defenses to said complaint or
petition on plaintiff's attorney, whose name and address is:

B. SHANNON SAUNDERS
B. SHANNON SAUNDERS, P.A.
POST OFFICE BOX 5896
MARIANNA, FLORIDA 32447


**EXHIBIT B**

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR GADSDEN COUNTY, FLORIDA

JAMES HARDEN and ESTELLA HARDEN )
                                          )

     Plaintiffs, )

                                           )

vs.                                      ) CASE NUMBER: 1100114S CAA
                                           ) JURY TRIAL REQUESTED

BLUE FLASH EXPRESS, L.L.C. )
and JAMES R. SMITH )
                                           )
                                           )
                                           )

     Defendants. )

## SUMMONS

THE STATE OF FLORIDA:
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the attached complaint.

**BLUE FLASH EXPRESS, L.L.C.**
**Corporate Office**
**23356 Old Scenic Highway**
**Zachary, Louisiana 70791**

     Defendant is hereby required to serve written defenses to said complaint or petition on plaintiff's attorney, whose name and address is:

B. SHANNON SAUNDERS
B. SHANNON SAUNDERS, P.A.
POST OFFICE BOX 5896
MARIANNA, FLORIDA 32447

## Fla. R. Civ. P. 1.997 Civil Cover Sheet

This civil cover sheet and the information contained in it do not replace or supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to FS 25.075 (see instructions for completion).

### I.   CASE STYLE

Harden, James and Estella
_____ Plaintiff

Blue Flash Express, LLC and
_____ Defendant  James R. Smith

(Name of Court) Gadsden County Circuit Court

Case #: 1100 1145 CAA

Judge: _____

### II.   TYPE OF CASE

If the case fits more than one type of case, select the most definitive category. If the most descriptive label is a subcategory (indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ **Condominium**
- ☐ **Contracts and indebtedness**
- ☐ **Eminent domain**
- ☒ **Auto negligence**
- ☐ **Negligence – other**
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability—commercial
  - ☐ Premises liability—residential
- ☐ **Products liability**
- ☐ **Real property/Mortgage foreclosure**
  - ☐ Commercial foreclosure $0 -   $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 - $50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000

- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ **Professional malpractice**
  - ☐ Malpractice - business
  - ☐ Malpractice - medical
  - ☐ Malpractice - other professional
- ☐ **Other**
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge—statute or ordinance
  - ☐ Constitutional challenge—proposed amendment
  - ☐ Corporate trusts
  - ☐ Discrimination—employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**EXHIBIT C**

III.  **REMEDIES SOUGHT** (check all that apply):
- ☑ monetary
- ☐ non-monetary declaratory or injunctive relief
- ☐ punitive

IV.  **NUMBER OF CAUSES OF ACTION** (specify): [  ]

*1 - Negligence*

V.  **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ yes
- ☑ no

VI.  **HAS NOTICE OF ANY KNOWN RELATED CASES BEEN FILED?**
- ☐ no
- ☐ yes   If "yes", list all related cases by name, case number, and court:

*N/A*

VII.  **IS A JURY TRIAL DEMANDED IN COMPLAINT?**
- ☑ yes
- ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature *E. Shannon Saunders*   Fla. Bar # 0178233
(Attorney or party)   (Bar # if attorney)

*Bartow Shannon Saunders*   9-12-11
(type or print name)   Date

Rev. 10/15/2009 by SC08-1141

118921

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT IN AND
FOR GADSDEN COUNTY, FLORIDA

JAMES HARDEN and ESTELLA HARDEN,          CASE NO. 11-001145 CAA

     Plaintiffs,

v.

BLUE FLASH EXPRESS, LLC
and JAMES R. SMITH

     Defendants.
_____/

## NOTICE OF FILING NOTICE OF REMOVAL

     PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, Defendants, BLUE

FLASH EXPRESS, LLC and JAMES R. SMITH, by and through undersigned counsel,

has removed this action from this Court to the United States District Court for the

Northern District of Florida, Tallahassee Division  A true and correct copy of the Notice

of Removal filed in the United States District Court for the Northern District of Florida is

attached hereto as Exhibit "A".

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy hereof has been furnished to:

Shannon Saunders, Esq., Attorney for Plaintiffs, Post Office Box 5896, Marianna, FL

32447 by mail on this 20th day of October, 2011.

**EXHIBIT D**

CASE NO. 11-001145 CAA

CONROY, SIMBERG, GANON,
KREVANS, ABEL, LURVEY, MORROW,
& SCHEFER, P.A.
Attorney for Defendants
325 John Knox Road
Atrium Building, Suite 105
Tallahassee, FL 32303
Phone:  (850) 383-9103
Fax:  (850) 383-9109

By: _____
    Kellie A. Caggiano, Esquire
    Florida Bar No. 0579041

2