IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES HARDEN and ESTELLA
HARDEN,

    Plaintiffs,

v.                                    CASE NO. 4:11-cv-537-RS-CAS

BLUE FLASH EXPRESS, LLC, and
JAMES R. SMITH,

    Defendants.
_____/

## ORDER

Before me is the Mediation Report (Doc. 22). Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1. This case is dismissed with prejudice from the active docket of the court.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on June 25, 2012.

                                            /s/ Richard Smoak
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE