UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO: 4:11-CV-00537-RS/WCS

JAMES HARDEN and
ESTELLA HARDEN,

        Plaintiffs,

vs.

BLUE FLASH EXPRESS, LLC.
and JAMES R. SMITH,

        Defendants.
_____/

## STIPULATION FOR DISMISSAL

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

STIPULATED AND AGREED by and between the respective parties hereto that the above cause may be dismissed with prejudice, and each party is to bear their own costs and attorneys' fees; all liens and subrogated interests to be paid by the Plaintiff out of the proceeds of the settlement herein.

DATED this 25th day of July, 2012.

| | |
|---|---|
| B. SHANNON SAUNDERS, P.A.<br>4359 Lafayette Street<br>P. O. Box 4896<br>Marianna, FL 32446<br>(850) 526-5535<br>Attorney for Plaintiffs | CONROY, SIMBERG, GANON, KREVANS,<br>ABEL, LURVEY, MORROW, & SCHEFER,<br>P.A.<br>Attorneys for Defendants<br>325 John Knox Road<br>Atrium Building, Suite 105<br>Tallahassee, FL 32303<br>Phone: (850) 383-9103<br>Fax: (850) 383-9109 |
| By: *[signature]*<br>**Shannon Saunders, Esquire**<br>Florida Bar No.: 178233 | By: *[signature]*<br>**Kellie A. Caggiano, Esquire**<br>Florida Bar No.: 579041 |

1